WILLIAM T. HACKETT *vs.* FREDERICK E. SHAW.

PROVIDENCE—MARCH 14, 1902.

PRESENT : Stiness, C. J., Tillinghast and Rogers, JJ.

(1) *New Trial.  Inadequacy of Damages.*
A new trial upon the ground of inadequacy of damages will be denied where there is a conflict of testimony as to the extent of the injury.

TRESPASS ON THE CASE.  Heard on petition for new trial, and petition denied.

(1)    PER CURIAM.  Cases in which new trials have been granted by this court for inadequacy of damages have been those where there was no question as to the extent of the injury. *Gartner* v. *Saxon*, 19 R. I. 461 ; *McNeil* v. *Lyons*, 20 R. I. 672.  Where there has been a conflict of testimony as to the extent of the injury a new trial has been denied, because the court could not say that the verdict did not represent the

honest judgment of the jury upon the conflicting testimony, _McGowan_ v. _Interstate Co._, 20 R. I. 264.

In this case there was conflicting testimony as to the extent of the injury, and the jury may have believed the testimony for the defence; and, if so, we cannot say that the verdict was clearly wrong.

Petition for new trial denied.

_D. J. Holland_, for plaintiff.

_E. D. Bassett_, for defendant.